IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JODY WAYNE PICKETT | § | |
| VS. | § | CIVIL ACTION NO. 9:17cv60 |
| TROOPER HENRY, ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jody Wayne Pickett, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections to the Report and Recommendation were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit. The dismissal of this lawsuit is based on plaintiff's failure to file an amended complaint providing defendant Henry with reasonable notice of the allegations against him. If plaintiff wishes to have this case reinstated on the court's active docket, he may do so by submitting an amended complaint within 30 days of the date set forth below.

**So Ordered and Signed**
**Jan 20, 2019**

_____
Ron Clark, Senior District Judge